UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

CHRISTOPHER SANTOS FELIX,

              Defendants.
-----------------------------------------------------------------x

**ORDER**
20 CR 199 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/21

KIMBA M. WOOD, District Judge:

The Court will hold a telephone conference for the above-captioned defendant on Wednesday, June 30, 2021, at 9:00 a.m. To join the conference, counsel should dial 1-888-363-4749 and enter access code 1613818.

SO ORDERED.

Dated: New York, New York
June 24, 2021

                                          KIMBA M. WOOD
                                 UNITED STATES DISTRICT JUDGE