UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/22
```

UNITED STATES OF AMERICA

v.

CRISTOPHER SANTOS FELIX,

Defendant.

**ORDER**

S1 20 Cr. 199 (KMW)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on January 21, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:  New York, New York
~~January~~ February 1, 2022

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK