UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/22
```

        -against                                          **ORDER**
                                                   20 CR 199 (KMW)

CHRISTOPHER SANTOS FELIX,

                              Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

        Due to a conflict with the Court's calendar, the defendant's in-person sentencing,

currently scheduled for April 21, 2022, is moved to Wednesday, April 20, 2022, at 11:30 a.m.

        SO ORDERED.

Dated: New York, New York
       April 4, 2022

                              *Kimba M. Wood*

                                  KIMBA M. WOOD
                        UNITED STATES DISTRICT JUDGE